[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 7, 2007
THOMAS K. KAHN
CLERK

No. 06-16212
Non-Argument Calendar

_____

D. C. Docket No. 05-00456-CR-T-17-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO VENECILLA SALAS,
a.k.a. Salas Orlando,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 7, 2007)**

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

John Kingston, appointed appellate counsel for Orlando Venecilla Salas, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Salas's convictions and sentence are **AFFIRMED**.